UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-61015-LEIBOWITZ/AUGUSTIN-BIRCH

ANDRES FELIPE MARTINEZ, *et al.*,

    *Plaintiffs*,

v.

ADG INNOVATIONS LLC, *et al.*,

    *Defendants*.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation on Plaintiffs' Verified Amended Motion for Default Judgment [ECF No. 27], filed on August 4, 2025 ("the R&R"). The R&R recommends that this Court grant Plaintiffs' Verified Amended Motion for Default Judgment ("the Motion") [ECF No. 24]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 26]. Defendants did not file objections to the R&R. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [ECF No. 27] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

2. Plaintiffs' Verified Amended Motion for Default Judgment [ECF No. 24] is **GRANTED IN PART AND DENIED IN PART.**

3. The Clerk is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED** and pending motions, if any, are **DENIED AS MOOT**.

4. Final judgment is **ENTERED** in favor of Plaintiffs against Defendants.

    a. Plaintiff Andres Felipe Martinez is awarded $1,833.46 in damages, which shall

       bear post-judgment interest at the rate prescribed 28 U.S.C. § 1961.

    b. Plaintiff Kurt Albert Pancham is awarded $1,626.42 in damages, which shall bear post-judgment interest at the rate prescribed 28 U.S.C. § 1961.

    c. Plaintiff Brandon Cordero Jimenez is awarded $493.00 in damages, which shall bear post-judgment interest at the rate prescribed 28 U.S.C. § 1961.

    d. Plaintiff Kendra Talesha Prevalus is awarded $1,520.00 in damages, which shall bear post-judgment interest at the rate prescribed 28 U.S.C. § 1961.

    e. Plaintiff Selene Sabrina Clarke is awarded $144.50 in damages, which shall bear post-judgment interest at the rate prescribed 28 U.S.C. § 1961.

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record